IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
MAY - 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06cr127-WKW |
| ) | [18 USC 922(g)(3); |
| BRITTANY HORN ) | 21 USC 844(a)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

Beginning from an unknown date, up to and continuing to August 24, 2005, in Lee County, within the Middle District of Alabama,

**BRITTANY HORN,**

defendant herein, then being an unlawful user of, or addicted to, a controlled substance as defined in Title 21, United States Code, Section 802; did knowingly possess in and affecting commerce, a firearm, to-wit: a Rhoner, .25 caliber pistol, serial number 104529, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2

Beginning from an unknown date, up to and continuing to August 24, 2005, in Lee County, within the Middle District of Alabama,

**BRITTANY HORN,**

defendant herein, did intentionally and knowingly possess a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A.  Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(3), as alleged in Count 1 of this indictment the defendant,

BRITTANY HORN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

One Rhoner, .25 caliber pistol, serial number 104529.

C.  If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above, all in violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL:

*/s/ Jayne D Gilbert*
Foreperson

*/s/ John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*/s/ Verne H. Speirs*
VERNE H. SPEIRS
Assistant United States Attorney

3