IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-127-WKW |
| | ) | |
| BRITTANY HORN | ) | |

RECEIVED 2006 AUG 18 P 4: 19

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and moves the Court for leave to dismiss the Indictment heretofore filed on May 2, 2006, in the above-styled cause as to Brittany Horn, on the following grounds, to-wit:

In the interest of justice.

DATE: 8/17/06

Assistant United States Attorney

## ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

## DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on May 2, 2006, in the above-styled cause as to Brittany Horn.

Assistant United States Attorney