IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-127-WKW |
| | ) | |
| BRITTANY HORN | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Indictment filed on August 18, 2006 (Doc. # 4), it is hereby

ORDERED that the motion is GRANTED.

DONE this 25th day of August, 2006.

                                                                /s/ W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE